# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00030-CV

**In re Kevin Hyland**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M  O P I N I O N

Relator Kevin Hyland has filed a petition for writ of mandamus complaining of the trial court's order related to discovery sought by the real party in interest. Having reviewed the record and the parties' filings, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a). We lift our temporary stay, issued January 20, 2022.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: February 23, 2022